UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MARSHALL JACKSON,

    Plaintiff,

v.                                        Case No. 3:20cv5882-LC-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 16, 2020 (ECF No. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 12) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (ECF Doc. 1) is DISMISSED WITHOUT PREJUDICE as frivolous, malicious, and for failing to state a claim.

3. Plaintiff's Motion for Protection (ECF Doc. 8) and Emergency Motion (ECF Doc. 10) are DENIED.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of December, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5882-LC-HTC